UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-274-D-5

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LUISIANA FIGUERROA-QUEZADA | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 103 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the **3** day of May, 2013.

JAMES C. DEVER, III
Chief United States District Judge