# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:12-CR-274-5D

**LUISIANA FIGUERROA-QUEZADA**

On June 15, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/Erica W. Foy  
Erica W. Foy  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8665  
Executed On: March 15, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 30 day of July, 2018.

James C. Dever III  
Chief U.S. District Judge